UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

MEERA PATEL,

                                                 Plaintiff,

        -against-

COTA, INC., INSPERITY PEO SERVICES, L.P.,
and KAELEIGH FARRISH,

                                                 Defendants.

------------------------------------------------------------------X

Case No.   22-CV-3840

**NOTICE OF REMOVAL OF A CIVIL ACTION**

TO:    Megan Sarah Goddard, Esq.
        Goddard Law PLLC
        39 Broadway, Suite 1540
        New York, NY 10006
        Tel: (646) 504-8363
        Email: Megan@Goddardlawnyc.com

        Defendants COTA INC. and KAELEIGH FARRISH (collectively "Defendants"), by their undersigned attorneys, hereby remove this action to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. §§ 1441 and 1446.  Removal is proper for the following reasons:

        1.    This action currently is pending in the Supreme Court of the State of New York, New York County, Index No. 151775/2022, captioned "Meera Patel v. Cota Inc. et al.".

        2.    On or about February 28, 2022, Plaintiff commenced this action (the "State Court Action") in the Supreme Court of the State of New York, County of New York, by filing a Summons with Notice bearing Index No. 151775/2022 (the "Summons with Notice").  A true and correct copy of the Summons with Notice is attached as **EXHIBIT A** in accordance with 28 U.S.C. § 1446(a).

        3.    As Defendants have not yet been served, this Notice of Removal is timely.

4. Upon Defendants' information and belief, no other pleadings have been filed and no orders have been entered in the State Court Action. Defendants have not been served or filed a responsive pleading to the Summons with Notice, nor made any appearance or argument before the Supreme Court of the State of New York, County of New York. Upon information and belief, Defendant Insperity PEO Services, L.P. has not been served or filed a responsive pleading to the Summons with Notice, nor made any appearance or argument before the Supreme Court of the State of New York, County of New York.

5. In the Summons with Notice, Plaintiff alleges and identifies that she is filing a cause of action pursuant to 42 U.S.C. §1981 ("Section 1981"), the New York State Human Rights Law ("NYSHRL"), the New York City Human Rights Law ("NYCHRL"), and the New York State Equal Pay Act, for alleged discrimination on the basis of Plaintiff's gender, race, disability and/or perceived disability, and retaliation.

6. This Court has original jurisdiction over the captioned action pursuant to 28 U.S.C. § 1331. Specifically, this Court has federal question jurisdiction over the Section 1981 claims. Accordingly, the State Court Action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 without regard to the citizenship or residence of the parties.

7. This Court has supplemental jurisdiction over Plaintiff's various state and local claims, including her NYSHRL, NYCHRL and New York State Equal Pay Act claims, because they arise out of the same operative facts as those essential to Plaintiff's federal claims under Section 1981. See **EXHIBIT A.** Accordingly, the State Court Action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441.[1]

---

[1] Defendants do not concede that the Court should exercise its supplemental jurisdiction over Plaintiff's state law claims for purposes of this or any further proceedings.

8. Defendants submit this Notice without waiving any defense to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief may be granted.

9. Pursuant to 28 U.S.C. § 1446(d), Defendants will file a copy of this Notice of Removal with the Clerk of the Supreme Court of New York, New York County, upon receipt from the District Court for the Southern District of New York of a date stamped copy of this Notice of Removal and will serve a copy on counsel for the Plaintiff.

10. Defendants Cota, Inc. and Kaeleigh Farrish consent to and join together in the removal of the State Court Action to this Court.

11. Defendant Insperity PEO Services, L.P. consents to the removal of the State Court Action to this Court. See **EXHIBIT B**.

WHEREFORE, Defendants remove the State Court Action from the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York, so that all further proceedings in this action shall be held before this Court.

Dated:  May 11, 2022
         Melville, New York

> Respectfully submitted,
>
> JACKSON LEWIS P.C.
> *Attorneys for Defendants Cota Inc. and Kaeleigh Farrish*
> 58 South Service Road, Suite 250
> Melville, New York 11747
> (631) 247-4630
>
> By:      S/
>          Kathryn J. Barry, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of May, 2022, I electronically filed the foregoing document with the Clerk of the Court for the Southern District of New York, using the CM/ECF system which will send notification of such filing to all counsel of record:

Megan Sarah Goddard, Esq.
Goddard Law PLLC
39 Broadway, Suite 1540
New York, NY 10006
Tel: (646) 504-8363
Email: Megan@Goddardlawnyc.com
*Attorneys for Plaintiff*

Kerry A. Burns, Esq.
Courtney Fain, Esq.
PADUANO & WEINTRAUB
1251 Avenue of the Americas, Ninth Floor
New York, New York 10020
Tel: (212) 785-9100
Email: kab@pwlawyers.com
Email: cf@pwlawyers.com
Attorneys for Defendant Insperity PEO Services, L.P.

*/s/ Kathryn J. Barry*
Kathryn J. Barry

4867-5648-0799, v. 1