# JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

June 28, 2022

DIRECT DIAL:  (631) 247-4612
EMAIL ADDRESS: KATHRYN.BARRY@JACKSONLEWIS.COM

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY  10007

The application is **GRANTED**.  The initial pretrial conference scheduled for July 6, 2022, is **adjourned** to **July 13, 2022**, at **4:30 p.m.**, on the following conference line: 888-363-4749, access code: 558-3333.  By **July 6, 2022**, the parties shall file a joint letter and proposed case management plan.  The Clerk of Court is respectfully directed to close the motion at Docket No. 18.

Dated: June 29, 2022
          New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:     Meera Patel v. Cota, Inc., et al.
         Case No. 22-cv-03840

Dear Judge Schofield:

We represent Cota, Inc. and Kaeleigh Farrish in connection with the above-referenced matter, and write with the consent of all parties pursuant to Section B(2) of Your Honor's Individual Practice Rules to respectfully request that the Initial Conference scheduled for July 6, 2022 at 4:30 p.m. be adjourned to a later date convenient for this Court.  The undersigned has a personal matter to attend to out of state, that unfortunately cannot be rescheduled.  All parties consent to this request.  This is the first request for an adjournment of this conference.  This request impacts no other deadlines, other than deadlines which are determined based upon the date of the Initial Conference including the deadline to file the Civil Case Management Plan and Scheduling Order.  We therefore request that the Initial Conference and deadline to file the Civil Case Management Plan and Scheduling Order be adjourned to five (5) days prior to the date of any newly-scheduled Initial Conference.

We appreciate the Court's consideration of this request.

Respectfully submitted,

JACKSON LEWIS P.C.

*Kathryn J. Barry*

Kathryn J. Barry

KJB/kms
cc:     All attorneys of record (via ECF)
4893-2787-1270, v. 2