# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

DIRECT DIAL:  (631) 247-4612
EMAIL ADDRESS: KATHRYN.BARRY@JACKSONLEWIS.COM

September 6, 2022

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY  10007

> Re:    Meera Patel v. Cota, Inc., et al.
>          Case No. 22-cv-03840

Dear Judge Schofield:

We represent COTA Inc. ("COTA") and Kaeleigh Farrish ("Farrish") in the above-referenced action.  We write, pursuant to Your Honor's July 11, 2022 Order and together with counsel for Plaintiff and counsel for Insperity PEO Services, L.P., to provide Your Honor with a brief status update regarding this matter.  The parties have reached an agreement to resolve this matter and are in the process of preparing a confidential settlement agreement.  We anticipate filing a Stipulation of Dismissal with Prejudice in the coming weeks.

We remain available should Your Honor require any additional information.

Respectfully submitted,

JACKSON LEWIS P.C.

*Kathryn J. Barry*

Kathryn J. Barry

KJB/kms
cc:    All attorneys of record (via ECF)
4887-9282-4881, v. 1