# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MEERA PATEL

                Plaintiff,

                -against-

COTA INC., INSPERITY PEO SERVICES, L.P.
and KAELEIGH FARRISH

                Defendants.

Civ. No.: 22-cv-3840 (LGS)

-------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

       WHEREAS, Defendants deny any and all liability arising out of Plaintiff's allegations and Plaintiff intends to withdraw her claims against Defendants in their entirety; and,

       WHEREAS, no party to this action is an infant or incompetent for whom a committee has been appointed; and,

       WHERAS, there is no person not a party to this action who has any interest in the subject matter of this action;

       WHEREAS, the parties now desire to resolve the issues raised in litigation without further proceedings and without admitting any fault or liability;

       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their counsel, and Ordered by the Court that: (a) the above referenced action be, and is, dismissed and discontinued with prejudice, without costs, expenses or fees against any party; and, (b) that a facsimile or emailed signature on this stipulation shall have the same weight and effect as original signatures.

| GODDARD LAW, PLLC | JACKSON LEWIS P.C. |
|---|---|
| _/s/ Megan Goddard_ | _/s/ Kathryn Barry_ |
| Megan Sarah Goddard, Esq. | Kathryn J. Barry, Esq. |
| Attorney for Plaintiff | 58 South Service Road, Suite 250 |
| 39 Broadway, Suite 1540 | Melville, New York 11747 |
| New York, NY 10006 | Tel: (631) 247-0404 |
| Tel: (646) 594-8363 | *Attorneys for Defendants COTA, Inc. and* |
| *Attorneys for Plaintiff* | *Kaeleigh Farrish* |
| Dated: October 14, 2022 | Dated: October 28, 2022 |

7

PADUANO & WEINTRAUB

*Kerry Burns*
_____
Kerry A. Burns, Esq.
39 Broadway, Suite 1540
New York, NY 10006
Tel: (212) 785-9100
*Attorneys for Defendant Insperity PEO Services, L.P.*
1251 Avenue of the Americas, Ninth Floor
New York, New York 10020

Dated: October 27, 2022

8